**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

A.L., a minor child, by and through
her natural mother and next friend,
MARY JEAN LeBLANC,

    Plaintiff,

vs.                                                                 CASE NO. 3:09-cv-1240-J-32TEM

STATE OF FLORIDA, DEPARTMENT
OF CHILDREN AND FAMILIES,
PARTNERSHIP FOR STRONG FAMILIES,
INC., a Florida non-profit corporation,
JENNIFER CRAPSE, an individual, PAULA
ALLEN, an individual, and TRICIA WESTLAND,
an individual,

    Defendants.
_____/

**O R D E R**

This matter is before the Court on Plaintiff's Unopposed Motion for Leave to File Third Amend Complaint and Add Party Defendant (Doc. #30). Plaintiff seeks to amend the complaint for a third time in order to correct a pleading deficiency; specifically, to add a third party defendant (Doc. #30). Plaintiff's counsel avers that defense counsel has no objection to the relief requested in the instant motion (Doc. #30 at 4). No opposition has otherwise been filed.

Rule 15(a) of the Federal Rules of Civil Procedure states that leave to amend a pleading "shall be freely given when justice so requires." Fed. R. Civ. P. 15; *Foman v. Davis*, 371 U.S. 178, 182 (1962). In the language of the *Foman* Court,

> In the absence of any apparent or declared reason–such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the

opposing party by virtue of allowance of the amendment, futility of amendment, etc.– the leave sought should, as the rules require, be 'freely given.'

*Foman*, 371 U.S. at 182.

Upon consideration, the Court finds Plaintiff's Motion to Amend (Doc. #30) not to be in bad faith, for purposes of delay, or for any suspect reason stated above. Thus, having reviewed this matter, it is hereby **ORDERED**:

1. Plaintiff's Unopposed Motion for Leave to File Third Amend Complaint and Add Party Defendant (Doc. #30) is **GRANTED**.

2. The **Clerk is directed to file** Plaintiff's Third Amended Complaint, which is attached as "**Exhibit 2**" to Plaintiff's Motion to Amend (Doc. #30-2).

3. Plaintiff shall forthwith serve a copy of the summons and complaint upon the newly added defendant, the Devereux Foundation, Inc.

4. The pending motion to dismiss Plaintiff's First Amended Complaint (Doc. #17) is **DEEMED MOOT**.

**DONE AND ORDERED** at Jacksonville, Florida this 12th day of August, 2010.

Copies to all counsel of record

*/s/ Thomas E. Morris*
**THOMAS E. MORRIS**
United States Magistrate Judge