**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

A.L., a minor child, by and through
her natural mother and next friend,
MARY JEAN LeBLANC,

        Plaintiff,

vs.                                        Case No. 3:09-cv-1240-J-32TEM

STATE OF FLORIDA, DEPARTMENT
OF CHILDREN AND FAMILIES,
PARTNERSHIP FOR STRONG FAMILIES,
INC., a Florida non-profit corporation,
JENNIFER CRAPSE, an individual, PAULA
ALLEN, an individual, TRICIA WESTLAND,
an individual, and THE DEVEREUX
FOUNDATION, INC., a foreign non-profit
corporation,

        Defendants.

**ORDER**

This case is before the Court on defendant's Motion to Dismiss Plaintiff's Third Amended Complaint and plaintiff's response thereto. The assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 50), recommending that defendant's Motion to Dismiss (Doc. 38) be denied. Upon independent review of the file, it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 50) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. Defendant's Motion to Dismiss (Doc. 38) is **DENIED**.

3. Plaintiff's Second Unopposed Motion for Leave to File Fourth Amended

Complaint and Add Party Defendants (Doc. 51) is **GRANTED**.

4. No later than **April 4, 2011,** plaintiff will file its' Fourth Amended Complaint and serve it forthwith on the new defendants. No later than **April 29, 2011,** all defendants will file Answers to the Fourth Amended Complaint.[1]

**DONE AND ORDERED** at Jacksonville, Florida this 28th day of March, 2011.

_____
TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable Thomas E. Morris
United States Magistrate Judge

counsel of record
pro se parties

---

[1] If they have a basis to do so, the new defendants may instead move to dismiss.